IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv505

| | |
|---|---|
| CHARLES EVERETTE HINTON, )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>MICHAEL W. HENDERSON; )<br>PETER S. GILCHRIST; TERESA )<br>BROADWAY; and ANDREW )<br>RUDGERS, Probation Officer, )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court on plaintiff's Motion for Discovery Materials and Interrogatories (#37). Such motion is premature as the time for discovery has not commenced and cannot commence until issue join and a Pretrial Order has been entered. Other than consensual discovery, the Local Civil Rules provide that "Court enforceable discovery does not commence until issues have joined and a Scheduling Order is entered." L.Cv.R. 16.1(F).

### ORDER

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Discovery Materials and Interrogatories (#37) is **DENIED**.

Signed: March 1, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge