# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Charles Everette Hinton, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:10-cv-00505-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| Teresa Broadway, Andrew Rudgers , | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 19, 2013 Order.

August 19, 2013

Frank G. Johns, Clerk
United States District Court